### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JULIE HOFFMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. _____ |
| v. | ) |
| | ) |
| WALMART, INC. | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant Walmart, Inc. ("Walmart Stores, Inc." or "Walmart"), with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, removes the above-captioned action from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas, at Kansas City, Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support, Walmart states the following:

### I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. Plaintiff filed a lawsuit against Defendant in the District Court of Shawnee County, Kansas, on or about **November 12, 2019**.

2. Walmart was served with process by certified mail on **November 18, 2019**. Walmart has not yet answered the Plaintiff's State Court Petition.

3. As required by 28 U.S.C. § 1446(a), and Local Rule 81.2, a copy of all records and proceedings from the District Court of Shawnee County, Kansas are attached as Exhibit A.

4.      This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a), as it is the District Court embracing the District Court of Shawnee County, Kansas, where Plaintiff's Petition is pending.  See 28 U.S.C. § 96.

5.      Without waiving objections to service, this Notice of Removal is timely under 28 U.S.C. § 1446(b) as it is filed within thirty (30) days of service.

6.      In accordance with 28 U.S.C. § 1446(d), Walmart is filing a written notice of this removal with the Clerk of District Court of Shawnee County, Kansas, where Plaintiff's Petition is pending.  A copy of this Notice of Removal and the written notice of the same are also being served upon Plaintiff.

## II. DIVERSITY JURSIDICTION EXISTS

7.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, is alleged by Plaintiff to exceed the sum of $75,000, and there is complete diversity of citizenship between Plaintiff and Defendant. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

### A. The Parties are Completely Diverse

8.      Plaintiff states in her Petition that she has been at all relevant times, a resident of Kansas.  (See Ex. A, ¶ 1.)  Accordingly, Plaintiff is a citizen of Kansas.

9.      Defendant Walmart, is, and was at the time Plaintiff's Petition was filed and the case removed to this Court, a corporation organized and existing under the laws of the state of Delaware with its principal place of business in Arkansas.  Accordingly, Defendant Walmart is a citizen of Delaware and Arkansas for the purposes of determining this Court's subject matter jurisdiction.  See 28 U.S.C. § 1332(c).

4839-3460-5998.1

### B. The Amount in Controversy Requirement is Satisfied

10. The amount in controversy regarding Plaintiff's claims for damages is alleged to exceed $75,000. In paragraph 9 of her Petition/Complaint, Plaintiff asserts a general negligence claim against Defendant and asserts that she suffered damages "in excess of $75,000.00."

11. Based on the allegations asserted by Plaintiff, Walmart believes in good faith that the amount in controversy exceeds $75,000.00. Kansas law requires plaintiffs to plead a specific sum of damages. See K.S.A. 60-208(a)(2). Plaintiff has done so here and alleging an amount greater than $75,000.00.

12. Accordingly, based on a preponderance of the evidence, more than $75,000.00 is in controversy, and therefore the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met.

WHEREFORE, Defendant respectfully removes this action from the District Court of Shawnee County, Kansas, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to the propriety of this removal, Walmart respectfully requests an opportunity to provide briefing and oral argument.

Respectfully submitted by:

**KUTAK ROCK LLP**

*By: /s/ Marcos A. Barbosa*
Marcos A. Barbosa     KS# 22015
2300 Main Street, Suite 800
Kansas City, MO  64108
Phone: (816) 960-0090
E-mail: Marcos.Barbosa@KutakRock.com
ATTORNEY FOR DEFENDANT

4839-3460-5998.1

**CERTIFICATE OF SERVICE**

       I certify that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's e-filing system.  A copy was sent via U.S. mail to:

    Gary E. Laughlin, Esq.
    HAMILTON, LAUGHLIN, BARKER, JOHNSON & JONES
    3649 SW Burlingame Road
    Topeka, KS 66611
    ATTORNEY FOR PLAINTIFF


                                */s/ Marcos A. Barbosa*

4839-3460-5998.1